Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock  TX  79424
(806) 748-1980 Phone
(806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:
JESSIE BERNAL JR
SHELLEY DIANE BERNAL
DEBTOR(S)

CASE NO.: 04-10605-RLJ-13
DATED: November 30, 2009

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above reference chapter 13 case.  I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:      Paid

Explanation of Sources:   Check stale dated.

Disbursement Amount:      $12,993.93

Name of Payee on Check:

   JAN FRENCH   7136 BENNINGTON DRIVE     DALLAS   TX   75214

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue
Lubbock  TX  79424

Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE TO DEPOSIT UNCLAIMED FUNDS was mailed to the following parties on November 30, 2009.

WILLIAM T NEARY   UNITED STATES TRUSTEE   1100 COMMERCE STREET RM 976   DALLAS   TX   75242
MONTE J WHITE & ASSOCIATES PC   ATTORNEY AT LAW ABILENE   402 CYPRESS SUITE 310   ABILENE   TX   79601

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue
Lubbock  TX  79424